**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14357-LEIBOWITZ/HERNANDEZ**

**YORDAN GUILLART-CORRALES**,

*Petitioner*,

*v.*

**ICE, *et al.*,**

*Respondents.*
_______________________________________/

# ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Yeney Hernandez [ECF No. 21] (the "R&R"), issued on October 11, 2026, recommending that Petitioner's Writ for Habeas Corpus [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 11] be DENED AS MOOT [ECF No. 21 at 1, 7] given that Respondents agree Petitioner is entitled to an individualized bond hearing. [*Id.* at 1–3]. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 21]** is **ADOPTED** and **AFFIRMED** and fully incorporated herein for all purposes.
2. Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is **GRANTED IN PART**.
3. Respondent shall conduct an individualized bond hearing for Petitioner within seven (7) days of the date of this Order.
4. The Petition [ECF No. 1] is otherwise DISMISSED.
5. Petitioner's Motion for a TRO **[ECF No. 11**] is DENIED AS MOOT.

**DONE AND ORDERED** in the Southern District of Florida on October 13, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record