**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14357-LEIBOWITZ/HERNANDEZ**

**YORDAN GUILLART-CORRALES**,

*Petitioner*,

*v.*

**ICE, *et al.*,**

*Respondents.*
______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court *sua sponte*. The Court granted Petitioner an individualized bond hearing as requested on October 14, 2026. [ECF No. 23]. Beyond granting that limited relief, the Court otherwise dismissed the Petition. [*See id.* at 1]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the ***Clerk of Court*** is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 5, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record